IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00634-LTB

MELVIN J. SCOTT,

    Plaintiff,

v.

EXEMPLA SAINT JOSEPH HOSPITAL,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 23, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 23 day of April, 2013.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk


                              By: s/ S. Grimm
                                  Deputy Clerk